ntcnc (04/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In
Re:

    Matt A Finken                              Bankruptcy Proceeding No.  20–80664–BSK
                                           Chapter  13

    Debtor(s)

                                           Judge:  Brian S. Kruse

## NOTICE OF NONCOMPLIANCE

ISSUE:      Objection to Claim

ATTY:      Carrie Doll

    Movant has failed to comply with Neb. R. Bankr. P. 9013–1. Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated:  12/4/20

                                    Diane Zech
                                    Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.