UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| IN THE MATTER OF:<br>MATT A. FINKEN | )      BK 20-80664<br>)<br>)<br>)<br>) |

DEBTOR'S OBJECTION TO PROOF OF CLAIM #20

Debtor, by counsel, objects to Proof of Claim Number Twenty filed by VW Credit Leasing, LTD aka VW Credit, Inc in the amount of 10,900.36 and assigns the following reasons for same:

1. Creditor, VW Credit Leasing, Ltd. aka VW Credit, Inc., filed a proof of claim at #20, on July 13th 2020 for $10,900.36 (ten thousand nine hundred dollars and thirty six cents).
2. As of March 24, 2020, Debtor had traded in the leased vehicle referenced in claim #20.
3. Debtor was no longer in possession of the vehicle.
4. Debtors lease, for the vehicle referenced in claim #20, was paid in its entirety prior to the chapter 13 bankruptcy filing.

WHEREFORE, Debtor respectfully requests that this Court disallow the proof of claim filed by VW Credit Leasing, Ltd. at twenty, and other and further relief as is just and proper

Matt Finken, Debtor

/s/ Carrie A. Doll
Carrie A. Doll, # 24069
PO Box 12457
Omaha, NE 68112
(402) 740-1489
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK 20-80664 |
| | ) | |
| MATT A. FINKEN | ) | |
| Debtor | ) | |

NOTICE SETTING RESISTANCE DEADLINE

PURSUANT To Neb. R. Bankr. 9013, you are notified as follows:

1. Carrie A. Doll, attorney for the above captioned debtor, has filed an Objection to Claim.
2. The last day to file a resistance to the objection is January 9, 2020.
3. The resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an order granting the relief sought without further notice of hearing.

Dated: December 9, 2020

Matt Finken

/s/ Carrie A. Doll
Carrie A. Doll, #24069
P.O. Box 12457
Omaha, NE 68112
Tel: (402) 740-1489
Fax: (402) 939-0623
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK 20-80664 |
| MATT A FINKEN | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, a copy of the Debtor's Objection to Claim was served by Electronically or by United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted
Carrie A. Doll

/s/ Carrie A. Doll
Carrie A. Doll, # 24069
P.O. Box 12457
Omaha, NE 68112
(402) 740-1489
Attorney for Debtor(s)

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850


First National Bank
1620 Dodge Street
Omaha, NE 68197


First National Bank
Attn: Bankruptcy
1620 Dodge St Mailstop 4440
Omaha, NE 68197

```
Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201


OneMain Financial
Attn: Bankruptcy
601 Nw 2nd St #300
Evansville, IN 47708


Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105


State Farm Financial S
1 State Farm Plaza
Bloomington, IL 61710


Syncb/PLCC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Walmart
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896


Target
Attn: Bankruptcy
Po Box 9475
Minneapolis, MN 55440


VW Credit Inc.
Attn: Bankruptcy
Po Box 9013
Addison, TX 75001
```

```
Webbank/Gettington
Attn: Bankruptcy
6250 Ridgewood Rd
Saint Cloud, MN 56301


Wells Fargo Home Mor
Attn: Written Correspondence/Bankruptcy
Mac#2302-04e Pob 10335
Des Moines, IA 50306
```