IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In re: ) Case No. **20-80664**
) Chapter 13
**Matt A Finken** )
)
)
Debtor(s) )

## CERTIFICATE BY DEBTOR
## IN SUPPORT OF CONFIRMATION

With regard to the Chapter 13 Plan filed on __5/19/2020__ I certify that:

__XX__ Since the filing of this bankruptcy, I have not been required by a judicial or administrative order or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A).

_____ I have paid all amounts that first became due and payable after filing of this bankruptcy which I am required to pay under a domestic support obligation (as defined in 11 U.S.C. §101(14A) required by a judicial or administrative order or by statute.

I declare under penalty of perjury that the foregoing certification is true and correct.

Dated: **February 1, 2021**

/s/ Matt A Finken
**Matt A Finken**
Debtor